IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TENNEYSON BENDER, #153601, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv789-ID |
| ) | (WO) |
| CHIEF OF POLICE BAYLOR, MPD, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 29, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the Plaintiff's October 7, 2009, Motion to Dismiss Defendant Mayor Todd Strange (Doc. No. 12), be and the same is hereby GRANTED.

3. That Defendant Mayor Todd Strange be and is hereby DISMISSED as a defendant in this cause of action.

4. That this case, with respect to the plaintiff's claims against the remaining defendants, be and is hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this the 3rd day of December, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE